✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____ARKANSAS_____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| JAMES E. NORWOOD | Case Number: 6:97CR60002-001 |
| | USM Number: 05154-010 |
| | _____ |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  _Standard Drug Condition; and 2 New Law Violations_  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Drug Condition | Possession of Methamphetamine and Marijuana | 04/07/2006 |
| Standard Drug Condition | Submitted Urine Samples Containing Amphetamine and Methamphetamine on 10/08/2005 and 03/23/2006 | 03/23/2006 |
| New Law Violation | Arrested for Possession of Methamphetamine | 04/07/2006 |
| New Law Violation | Arrested for Possession of Drug Paraphernalia | 04/07/2006 |

       The defendant is sentenced as provided in pages 2 through __2__ of this judgment, with the court considering the sentencing guidelines as non-binding and advisory only.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

       It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: XXX/XX/5085 | April 3, 2007 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: XX/XX/1961 | |
| | /S/ Jimm Larry Hendren |
| | Signature of Judge |
| Defendant's Residence Address: | |
| XXXXXXXXXXXX | |
| Glenwood, AR 71943 | Honorable Jimm Larry Hendren, Chief United States District Judge |
| | Name and Title of Judge |
| | April 4, 2007 |
| | Date |
| Defendant's Mailing Address: | |
| Same as above | |

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page   2   of   2

DEFENDANT:       JAMES E. NORWOOD
CASE NUMBER:     6:97CR60002-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :     **time served.  Defendant shall be credited for all time served in the Arkansas Department of Corrections since April 7, 2006.  No term of supervised release will follow.**

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____   to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL